# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:23-cr-169-TFM |
| ) | |
| JOHN FITZGERALD McCARROLL, JR. ) | |
| DARRIUS DWAYNE ROWSER ) | |
| LYTERIA ISHEEIA HOLLIS ) | |

## VERDICT FORM - COUNT ONE
### (John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ")

1. We, the Jury, unanimously find the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ":



    ✓ Guilty                    _____ Not Guilty

of the offense charged in Count One of the Superseding Indictment, that is, Conspiracy to Commit Murder for Hire, in violation of Title 18, United States Code, Sections 1958 and 2.

*Note: If you find the Defendant not guilty as charged in Count One, you need not consider paragraph 2 below.*

2. We, the Jury, having unanimously found the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ," guilty of the offense charged in Count One of the Superseding Indictment, further unanimously find that the conduct charged in Count One:

    (a) Resulted in personal injury to (check each, if any, about which you have unanimous agreement):



        ✓ A.B.

        ✓ M.T.

--continued on next page--



✓ R.L.

✓ D.J.

✓ R.J.

✓ T.W.

✓ K.R.

(b) Resulted in death of (check each, if any, about which you have unanimous agreement):



✓ D.S.

✓ N.C.

## VERDICT FORM - COUNT ONE

### (Darrius Dwayne Rowser, aka "Darrius Riplemon")

1. We, the Jury, unanimously find the Defendant, Darrius Dwayne Rowser, aka "Darrius Riplemon":

____✓____ Guilty          _____ Not Guilty

of the offense charged in Count One of the Superseding Indictment, that is, Conspiracy to Commit Murder for Hire, in violation of Title 18, United States Code, Sections 1958 and 2.

*Note: If you find the Defendant not guilty as charged in Count One, you need not consider paragraph 2 below.*

2. We, the Jury, having unanimously found the Defendant, Darrius Dwayne Rowser, aka "Darrius Riplemon," guilty of the offense charged in Count One of the Superseding Indictment, further unanimously find that the conduct charged in Count One:

(a) Resulted in personal injury to (check each, if any, about which you have unanimous agreement):



____✓____ A.B.
____✓____ M.T.
____✓____ R.L.
____✓____ D.J.
____✓____ R.J.
____✓____ T.W.
____✓____ K.R.

--continued on next page--

(b) Resulted in death of (check each, if any, about which you have unanimous agreement):

✓ D.S.

✓ N.C.

## VERDICT FORM - COUNT ONE

(Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll")

1. We, the Jury, unanimously find the Defendant, Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll":

__✓__ Guilty          _____ Not Guilty

of the offense charged in Count One of the Superseding Indictment, that is, Conspiracy to Commit Murder for Hire, in violation of Title 18, United States Code, Sections 1958 and 2.

*Note: If you find the Defendant not guilty as charged in Count One, you need not consider paragraph 2 below.*

2. We, the Jury, having unanimously found the Defendant, Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll," guilty of the offense charged in Count One of the Superseding Indictment, further unanimously find that the conduct charged in Count One:

(a) Resulted in personal injury to (check each, if any, about which you have unanimous agreement):

__✓__ A.B.
__✓__ M.T.
__✓__ R.L.
__✓__ D.J.
__✓__ R.J.
__✓__ T.W.
__✓__ K.R.

--continued on next page--

(b) Resulted in death of (check each, if any, about which you have unanimous agreement):



_____✓_____ D.S.

_____✓_____ N.C.

## VERDICT FORM - COUNT TWO

(John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ")

1.  We, the Jury, unanimously find the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ":

 Guilty          _____ Not Guilty

of the offense charged in Count Two of the Superseding Indictment, that is, Murder for Hire, in violation of Title 18, United States Code, Sections 1958(a) and 2.

*Note: If you find the Defendant not guilty as charged in Count Two, you need not consider paragraph 2 below.*

2.  We, the Jury, having unanimously found the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ," guilty of the offense charged in Count Two of the Superseding Indictment, further unanimously find that the conduct charged in Count Two resulted in death of (check if you have unanimous agreement):

 D.S.

## VERDICT FORM – COUNT THREE
### (Darrius Dwayne Rowser, aka "Darrius Riplemon")

We, the Jury, unanimously find the Defendant, Darrius Dwayne Rowser, aka "Darrius Riplemon":



____✓____ Guilty            _____ Not Guilty

of the offense charged in Count Three of the Superseding Indictment, that is, Conspiracy to Commit Carjacking, in violation of Title 18, United States Code, Sections 371 and 2.

# VERDICT FORM – COUNT FOUR
## (Darrius Dwayne Rowser, aka "Darrius Riplemon")

We, the Jury, unanimously find the Defendant, Darrius Dwayne Rowser, aka "Darrius Riplemon":

____✓____ Guilty        _____ Not Guilty

of the offense charged in Count Four of the Superseding Indictment, that is, Interstate Transportation of a Stolen Vehicle, in violation of Title 18, United States Code, Sections 2312 and 2.

## VERDICT FORM - COUNT FIVE
(John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ")

1. We, the Jury, unanimously find the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ":

____✓____ Guilty          _____ Not Guilty

of the offense charged in Count Five of the Superseding Indictment, that is, Murder for Hire, in violation of Title 18, United States Code, Sections 1958(a) and 2.

*Note: If you find the Defendant not guilty as charged in Count Five, you need not consider paragraph 2 below.*

2. We, the Jury, having unanimously found the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ," guilty of the offense charged in Count Five of the Superseding Indictment, further unanimously find that the conduct charged in Count Five resulted in personal injury to (check each, if any, about which you have unanimous agreement):



____✓____ M.T.
____✓____ R.L.
____✓____ D.J.
____✓____ R.J.

## VERDICT FORM – COUNT FIVE
### (Darrius Dwayne Rowser, aka "Darrius Riplemon")

1. We, the Jury, unanimously find the Defendant, Darrius Dwayne Rowser, aka "Darrius Riplemon":

__✓__ Guilty          _____ Not Guilty

of the offense charged in Count Five of the Superseding Indictment, that is, Murder for Hire, in violation of Title 18, United States Code, Sections 1958(a) and 2.

*Note: If you find the Defendant not guilty as charged in Count Five, you need not consider paragraph 2 below.*

2. We, the Jury, having unanimously found the Defendant, Darrius Dwayne Rowser, aka "Darrius Riplemon," guilty of the offense charged in Count Five of the Superseding Indictment, further unanimously find that the conduct charged in Count Five resulted in personal injury to (check each, if any, about which you have unanimous agreement):

__✓__ M.T.
__✓__ R.L.
__✓__ D.J.
__✓__ R.J.

## VERDICT FORM – COUNT SIX

(John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ")

We, the Jury, unanimously find the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ":



__✓____ Guilty               _____ Not Guilty

of the offense charged in Count Six of the Superseding Indictment, that is, Tampering with Evidence, in violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

## VERDICT FORM – COUNT SIX

**(Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll")**

We, the Jury, unanimously find the Defendant, Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll":

____✓____ Guilty          _____ Not Guilty

of the offense charged in Count Six of the Superseding Indictment, that is, Tampering with Evidence, in violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

# VERDICT FORM – COUNT SEVEN

(John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ")

We, the Jury, unanimously find the Defendant, John Fitzgerald McCarroll, Jr., aka "Juvie," aka "LJ":



__✓_____ Guilty                    _____ Not Guilty

of the offense charged in Count Seven of the Superseding Indictment, that is, Tampering with a Witness, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## VERDICT FORM – COUNT SEVEN
(Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll")

We, the Jury, unanimously find the Defendant, Lyteria Isheeia Hollis, aka "Teria Hollis," aka "Teria McCarroll":

_____ Guilty          \_\_✓_____Not Guilty

of the offense charged in Count Seven of the Superseding Indictment, that is, Tampering with a Witness, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

SO SAY WE ALL.

Signed, dated, and filed in open court at the United States Courthouse, Mobile, Alabama, this the  25  day of October 2024.

_____            _____
Foreperson's signature              Foreperson's printed name


CHRISTOPHER EKMAN, CLERK

BY: _____
CLERK